# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERTO MONCADA,<br>   *Plaintiff*,<br><br>v.<br><br>ANTONY BLINKEN, in his official capacity as U.S. Secretary of State,<br>   *Defendant*. | Case No.: CV 19-01293-AB-AGR<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER UNDER RULE 6(B)(1)(B) ALLOWING LATE-FILED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND LATE-FILED MEMORANDUM OF CONTENTIONS OF LAW AND FACT**<br><br>Honorable André Birotte, Jr.<br>United States District Judge |

  Good cause having been shown, Plaintiff's Ex Parte Application Court for an Order under Fed. R. Civ. Proc. 6(b)(1)(B) allowing a late-filed Findings of Fact and Conclusions of Law and a late-filed Memorandum of Contentions of Law and Fact, is hereby **GRANTED**.

  **IT IS SO ORDERED.**

  April 14, 2021

                    _____
                    Honorable Andre Birotte, Jr.
                    United States District Judge