JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROBERTO MONCADA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as U.S. Secretary of State,<br><br>Defendant. | Case No. 2:19-cv-01293-AB-AGR<br><br>**FINAL JUDGMENT**<br><br>**Judge:** Judge André Birotte, Jr. |

# FINAL JUDGMENT

After considering this matter following trial and issuing Findings of Fact and Conclusions of Law (ECF No. 148) pursuant to Federal Rule of Civil Procedure 52(a), this Court hereby enters final judgment pursuant to Federal Rule of Civil Procedure 58, resolving all claims in the operative Complaint (ECF No. 1), in accordance with its opinions and orders of February 3, 2020 (ECF No. 41), November 12, 2020 (ECF No. 84), and July 6, 2023 (ECF No. 148), in favor of Defendant Antony Blinken, in his official capacity as Secretary of State, and against Plaintiff Roberto Moncada, as follows:

Final judgment is entered in favor of Defendant on all claims.

**IT IS SO ORDERED.**

DATED: July 25, 2023

_____
Hon. André Birotte, Jr.

1
2
3
4
5
6
7
8
9
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28